# United States Court of Appeals
## For the First Circuit

No. 13-1936

UNITED STATES OF AMERICA,

Appellee,

v.

MOISÉS MEDINA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on March 4, 2015 is amended as follows:

On page 5, line 6, "relief" is changed to "release".